Morgan v. The People of the State of Indiana.

[No. 0-496. Filed March 19, 1958.]

*Robert James Morgan, pro se.*

PER CURIAM.—Robert James Morgan, a prisoner at the Indiana State Prison, *pro se, in forma pauperis,* has attempted to file what he designates as a Petition for a Writ of Certiorari whereby he seeks to review a judgment of the Gibson Circuit Court which denied relief on his Petition for a Writ of Error *Coram Nobis.* It is in fact an attempt to appeal from said judgment.

The papers here do not constitute either a transcript of the record of the trial court, or an assignment of errors. Both are necessary to perfect an appeal. Rule 2-2. See also Rule 2-40. We have no jurisdiction of this matter.

Leave to file this pretended appeal is denied for want of jurisdiction.

NOTE.—Reported in 148 N. E. 2d 563.